JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>    Plaintiff,<br><br>vs.<br><br>FOUR POINTS BY SHERATON LOS ANGELES WESTSIDE *et al*,<br><br>    Defendants. | CASE NO. 8:10-CV-00665-JVS-AN<br><br><u>Civil Rights</u><br>*The Honorable Judge James V. Selna, presiding*<br><br>**ORDER RE NOTICE OF DISMISSAL OF PLAINTIFF CONNIE ARNOLD'S COMPLAINT AGAINST DEFENDANT FOUR POINTS BY SHERATON LOS ANGELES WESTSIDE**<br><br>**[Notice Filed Concurrently]**<br><br>Trial Date:      Case Settled |

---

**[PROPOSED] ORDER RE NOTICE OF DISMISSAL OF PLAINTIFF CONNIE ARNOLD'S COMPLAINT AGAINST DEFENDANT FOUR POINTS BY SHERATON LOS ANGELES WESTSIDE**
(Case No.: 8:10-CV-00665-JVS-AN)                                                                 1

1   Pursuant to the Consent Decree and Order executed by the Parties and by the
2   Court, Plaintiff CONNIE ARNOLD's Complaint against Defendant Four Points by
3   Sheraton Los Angeles Westside is hereby dismissed from the above-captioned action
4   with prejudice and the January 24, 2011 Scheduling Conference is taken off calendar.

**IT IS SO ORDERED.**

Dated: January 07, 2011  _____
   Honorable James V. Selna
   United States District Judge

---

**[PROPOSED] ORDER RE NOTICE OF DISMISSAL OF PLAINTIFF CONNIE ARNOLD'S COMPLAINT AGAINST DEFENDANT FOUR POINTS BY SHERATON LOS ANGELES WESTSIDE**
(Case No.: 8:10-CV-00665-JVS-AN)                                    2